531 A.2d 1115

**Jacob NYKAZA and Shirley Nykaza, his wife, and Shirley Nykaza, Administratrix of the Estate of Jacqueline Joan Nykaza, Deceased, Appellees,**

v.

**UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Argued April 7, 1987.

Decided Oct. 15, 1987.

Anthony J. Piazza, Jr., Scranton, for appellant.

Patrick J. Lavelle, Scranton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.

NIX, C.J., and FLAHERTY, J., did not participate in the consideration or decision of this case.

HUTCHINSON, J., filed a dissenting opinion.

HUTCHINSON, Justice, dissenting.

I dissent and would dismiss this appeal as improvidently granted because the key issue of what is an uninsured motor vehicle under the Act of August 14, 1963, P.L. 909, § 1, *amended* December 19, 1968, P.L. 1254, No. 397, *effective* January 1, 1969, a question of statutory interpretation, is not raised by the parties. That issue should be decided by a court not an arbitrator. Because it has not been properly framed in this case, I believe the appeal should be dismissed.